FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 AUG -8 PM 1:41

CLERK [signature]
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO.** |
| | ) | |
| **v.** | ) | **18 U.S.C. § 1521** |
| | ) | **Filing False Retaliatory Liens** |
| **TIMOTHY JERMAINE PATE** | ) | **Against Federal Official** |
| **a/k/a "AKENATEN ALI"** | ) | |
| | ) | **18 U.S.C. § 152(3)** |
| | ) | **False Bankruptcy Declaration** |

CR118- 045

**THE GRAND JURY CHARGES THAT:**

**COUNTS ONE & TWO**
*Filing False Retaliatory Lien Against Federal Official*
18 U.S.C. § 1521

On or about March 6, 2018, in Richmond County, within the Southern District of Georgia, the defendant,

**TIMOTHY JERMAINE PATE,**
**a/k/a "AKENATEN ALI,"**

filed in a public record with the U.S. District Court for the Southern District of Georgia two documents entitled "Notice of Claim of Maritime Lien," which are false liens and encumbrances against the real and personal property of officers and employees of the United States Government described in 18 U.S.C. § 1114, on account of the performance of official duties by individuals listed below by their initials, knowing and having reason to know that such liens and encumbrances were false and contained materially false, fictitious, and fraudulent statements and representations, including a statement that the individuals listed below owed a debt to defendant in the following amounts:

| COUNT | GOVERNMENT EMPLOYEE OR OFFICIAL | LIEN AMOUNT |
|---|---|---|
| 1 | J.A.K. | $33,000,000 |
| 2 | B.K.E. | $15,000,000 |

All in violation of Title 18, United States Code, Section 1521.

**COUNTS THREE THROUGH FIVE**
*Filing False Retaliatory Lien Against Federal Official*
18 U.S.C. § 1521

On or about May 1, 2018, in Richmond County, within the Southern District of Georgia, the defendant,

**TIMOTHY JERMAINE PATE,**
**a/k/a "AKENATEN ALI,"**

filed in a public record with the U.S. District Court for the Southern District of Georgia three documents entitled "Notice of Claim of Maritime Lien," which are false liens and encumbrances against the real and personal property of officers and employees of the United States Government described in 18 U.S.C. § 1114, on account of the performance of official duties by individuals listed below by their initials, knowing and having reason to know that such liens and encumbrances were false and contained materially false, fictitious, and fraudulent statements and representations, including a statement that the individuals listed below owed a debt to defendant in the following amounts:

| COUNT | GOVERNMENT EMPLOYEE OR OFFICIAL | LIEN AMOUNT |
|---|---|---|
| 3 | D.D.D. | $15,000,000 |
| 4 | E.M.T. | $15,000,000 |
| 5 | J.J.L. | $15,000,000 |

All in violation of Title 18, United States Code, Section 1521.

## COUNTS SIX THROUGH TEN

*Filing False Retaliatory Lien Against Federal Official*
18 U.S.C. § 1521

On or about May 7, 2018, in Richmond County, within the Southern District of Georgia, the defendant,

**TIMOTHY JERMAINE PATE,**
**a/k/a "AKENATEN ALI,"**

filed in a public record with the Richmond County Clerk of Superior Court three Form UCC-1 Financing Statements, which are false liens and encumbrances against the real and personal property of officers and employees of the United States Government described in 18 U.S.C. § 1114, on account of the performance of official duties by those individuals, knowing and having reason to know that such liens and encumbrances were false and contained materially false, fictitious, and fraudulent statements and representations, including a statement that the individuals listed below owed a debt to defendant in the following amounts:

| COUNT | GOVERNMENT EMPLOYEE OR OFFICIAL | LIEN AMOUNT |
|---|---|---|
| 6 | J.A.K. | $33,000,000 |
| 7 | B.K.E. | $15,000,000 |
| 8 | J.J.L. | $15,000,000 |
| 9 | E.M.T. | $15,000,000 |
| 10 | D.D.D. | $15,000,000 |

All in violation of Title 18, United States Code, Section 1521.

**COUNTS ELEVEN THROUGH FIFTEEN**
*False Bankruptcy Declaration*
18 U.S.C. § 152(3)

On or about May 21, 2018, in Richmond County, within the Southern District of Georgia, the defendant,

**TIMOTHY JERMAINE PATE,**
**a/k/a "AKENATEN ALI,"**

knowingly and fraudulently made a material false declaration, certificate, verification, and statement under penalty of perjury, as permitted under Section 1746 of Title 28, in and in relation to a case under Title 11, *In re Timothy Jermaine Pate a/k/a Akenaten Ali*, No. 18-00101, by submitting an Involuntary Petition falsely and fraudulently named the individuals listed below by their initials as debtors and the Defendant as a creditor, and in which petition defendant claimed the individuals listed below owed him the amounts listed and that such debt was not the subject of a bona fide dispute as to liability or amount, when, as defendant knew, the claimed debt was neither owed to him nor undisputed:

| COUNT | NAMED DEBTOR | AMOUNT CLAIMED |
|---|---|---|
| 11 | J.A.K. | $33,000,000 |
| 12 | J.J.L. | $15,000,000 |
| 13 | B.K.E. | $15,000,000 |
| 14 | D.D.D. | $15,000,000 |
| 15 | E.M.T. | $15,000,000 |

All in violation of Title 18, United States Code, Section 152(3).

**COUNTS SIXTEEN THROUGH EIGHTEEN**
*Filing False Retaliatory Lien Against Federal Official*
18 U.S.C. § 1521

On or about June 15, 2018, in Richmond County, within the Southern District of Georgia, the defendant,

**TIMOTHY JERMAINE PATE,**
**a/k/a "AKENATEN ALI,"**

filed in a public record with the U.S. District Court for the Southern District of Georgia three documents entitled "Notice of Claim of Maritime Lien," which are false liens and encumbrances against the real and personal property of officers and employees of the United States Government described in 18 U.S.C. § 1114, on account of the performance of official duties by individuals listed below by their initials, knowing and having reason to know that such liens and encumbrances were false and contained materially false, fictitious, and fraudulent statements and representations, including a statement that the individuals listed below owed a debt to defendant in the following amounts:

| COUNT | GOVERNMENT EMPLOYEE OR OFFICIAL | LIEN AMOUNT |
|---|---|---|
| 16 | L.B.R. | $15,000,000 |
| 17 | B.K.E. | $100,000,000 |
| 18 | S.D.B. | $33,000,000 |

All in violation of Title 18, United States Code, Section 1521.

A True Bill.

David H. Estes
First Assistant United States Attorney

Chris Howard
Assistant United States Attorney
*Lead Counsel

Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division