**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. CR 1:18-CR-45 |
| v. | ) | |
| | ) | |
| TIMOTHY JERMAINE PATE | ) | |

# STATUS REPORT

Pursuant to the Court's text order on January 11, 2019, the United States, in consultation with defense counsel, files this report on the status of Defendant Timothy Jermaine Pate's competency evaluation.

On January 14, 2019, the undersigned Assistant United States Attorney spoke with Dr. Lisa Feldman, who is conducting Pate's competency evaluation at the FDC Miami. Dr. Feldman reports that Pate has refused to cooperate with the evaluation, thereby making it more difficult to conduct the evaluation. An assessment can still be performed, however, by observing his behavior and examining collateral records. To that end, Dr. Feldman requested letters, transcripts, and other pertinent material in this case for her consideration of Pate's competency to stand trial. The United States anticipates providing Dr. Feldman with the requested records within the next day or two.

When asked about the time necessary to complete the evaluation, Dr. Feldman felt that, if the United States provided her with additional records and materials, she could complete the competency evaluation in approximately 30 days from receipt of the materials, *i.e.*, next month.

Anticipating a possible notice of insanity by defense, the United States further inquired whether, should a Rule 12.2 notice be filed by the defense, Dr. Feldman would be the one conducting an 18 U.S.C. § 4242 determination of whether Defendant was insane at the time of the offense. Dr. Feldman confirmed that she is qualified to conduct such an examination if one is ordered, and she anticipated conducting such an examination on Mr. Pate if one was ordered.

Following the call with Dr. Feldman, Pate's counsel sought leave to file an out of time Rule 12.2 Notice of Insanity. The United States does not oppose the motion and requests that the Court order an examination and report pursuant to 18 U.S.C. §§ 4242, 4247.

RESPECTFULLY SUBMITTED this 15th day of January 2019.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ Chris Howard
Chris Howard
Assistant United States Attorney
N.Y. Bar No. 4935938

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
E-mail: christopher.howard@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 15th day of January, 2019.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Chris Howard*
Chris Howard
Assistant United States Attorney

Post Office Box 8970
Savannah, Georgia 31401
Telephone No: (912) 201-2594