**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. CR 1:18-CR-45 |
| v. | ) | |
| | ) | |
| TIMOTHY JERMAINE PATE | ) | |

# NOTICE REGARDING MOTION

Pursuant to the Court's order on July 22, 2019, the United States files this notice regarding whether its discovery motion filed on November 29, 2018, remains unresolved. In its motion, the United States requested discovery pursuant to Federal Rules of Criminal Procedure 16(b), 12.2, 12.3, and 26.2. Prior to filing the motion, the United States also requested discovery pursuant to Rule 12.1, concerning alibi defense.

The United States has not received any Rule 16 discovery, and in conferring with defense counsel, the United States understands that the defense does not have any discoverable items subject to Rule 16.[1] As to Rule 12.1, defense counsel has represented to the United States that Defendant will not be pursuing an alibi defense in this case, thereby negating the need for Rule 12.1 notice.[2] As to Rule 12.2, although

[1] Defense counsel has agreed to produce to the United States certain filings that Defendant attempted to make with the Court, despite the Court's directive that he not do so while represented by counsel.

[2] The specific events at issue in the charged counts being committed at the U.S. District Court Clerk's Office in Augusta, Georgia, on March 6, 2018 at approximately 4:15 P.M., on May 1, 2018, at approximately 2:38 P.M., and June 15, 2018, at approximately 5:02 P.M.; the U.S. Bankruptcy Court Clerk's Office in Augusta, Georgia, on May 21, 2018 at approximately 4:04 P.M.; and the Richmond

Defendant initially provided the requisite notice of an insanity defense, counsel for Defendant subsequently stated that Defendant would not pursue an insanity defense, in light of the mental examination finding his client not suffering from any mental defect. Nor has Defendant indicated or suggested that he will be pursuing a public-authority defense; thus no notice under Rule 12.3 has been filed.

Consequently, and based on those representations, the United States does not have any reason to believe its motion remains unresolved or that a hearing is necessary to address discovery issues. Should Defendant attempt to introduce at trial evidence subject to the discovery requested by the United States, the United States will seek to exclude such undisclosed evidence at trial.

RESPECTFULLY SUBMITTED this 29th day of July 2019.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ Chris Howard
Chris Howard
Assistant United States Attorney
N.Y. Bar No. 4935938

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
E-mail: christopher.howard@usdoj.gov

County Superior Court Clerk's Office on May 7, 2018, at approximately 10:50–10:52 A.M., and June 18, 2018, at approximately 3:54 P.M.