**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. CR 1:18-CR-45 |
| v. | ) | |
| | ) | |
| TIMOTHY JERMAINE PATE | ) | |
| a/k/a "AKENATEN ALI" | ) | |

# UNITED STATES' PROPOSED VERDICT FORM

## 1. Count One

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count One of the Superseding Indictment.

## 2. Count Two

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Two of the Superseding Indictment.

## 3. Count Three

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Three of the Superseding Indictment.

## 4. Count Four

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Four of the Superseding Indictment.

## 5. Count Five

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Five of the Superseding Indictment.

## 6. Count Six

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Six of the Superseding Indictment.

**7. Count Seven**

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Seven of the Superseding Indictment.

**8. Count Eight**

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Eight of the Superseding Indictment.

**9. Count Nine**

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Nine of the Superseding Indictment.

**10. Count Ten**

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Ten of the Superseding Indictment.

**11. Count Eleven**

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Eleven of the Superseding Indictment.

Note: If you find the Defendant not guilty as charged in Count Eleven, you need not consider paragraph 11a below.

**11a**. We, the Jury, find the Defendant made the following false statement or declaration (place a check mark next to the statement(s) you find was false):

- Debtor J.A.K. owed Defendant $33,000,000 ____________
- Such debt was not the subject of a bona fide dispute as to liability or amount ____________

**12. Count Twelve**

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Twelve of the Superseding Indictment.

Note: If you find the Defendant not guilty as charged in Count Twelve, you need not consider paragraph 12a below.

**12a**. We, the Jury, find the Defendant made the following false statement or declaration (place a check mark next to the statement(s) you find was false):

- Debtor J.J.L. owed Defendant $15,000,000 ___________
- Such debt was not the subject of a bona fide dispute as to liability or amount ___________

**13. Count Thirteen**

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Thirteen of the Superseding Indictment.

Note: If you find the Defendant not guilty as charged in Count Thirteen, you need not consider paragraph 13a below.

**13a**. We, the Jury, find the Defendant made the following false statement or declaration (place a check mark next to the statement(s) you find was false):

- Debtor B.K.E. owed Defendant $15,000,000 ___________
- Such debt was not the subject of a bona fide dispute as to liability or amount ___________

**14. Count Fourteen**

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Fourteen of the Superseding Indictment.

Note: If you find the Defendant not guilty as charged in Count Fourteen, you need not consider paragraph 14a below.

**14a**. We, the Jury, find the Defendant made the following false statement or declaration (place a check mark next to the statement(s) you find was false):

- Debtor D.D.D. owed Defendant $15,000,000 ____________

- Such debt was not the subject of a bona fide dispute as to liability or amount ____________

**15. Count Fifteen**

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Fifteen of the Superseding Indictment.

Note: If you find the Defendant not guilty as charged in Count Fifteen, you need not consider paragraph 15a below.

**15a**. We, the Jury, find the Defendant made the following false statement or declaration (place a check mark next to the statement(s) you find was false):

- Debtor E.M.T. owed Defendant $15,000,000 ____________

- Such debt was not the subject of a bona fide dispute as to liability or amount ____________

**16. Count Sixteen**

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Sixteen of the Superseding Indictment.

**17. Count Seventeen**

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Seventeen of the Superseding Indictment.

**18. <u>Count Eighteen</u>**

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Eighteen of the Superseding Indictment.

**19. <u>Count Nineteen</u>**

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Nineteen of the Superseding Indictment.

**20. <u>Count Twenty</u>**

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Twenty of the Superseding Indictment.

**21. <u>Count Twenty-One</u>**

We, the Jury, find the Defendant (Guilty/ Not Guilty) of Count Twenty-One of the Superseding Indictment.

Date:________________ ______________________________
Foreperson

RESPECTFULLY SUBMITTED this 6th day of September 2019.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

***/s/ Chris Howard***

Chris Howard
Assistant United States Attorney
N.Y. Bar No. 4935938

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
E-mail: christopher.howard@usdoj.gov