**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. CR 1:18-cr-45 |
| v. | ) | |
| | ) | |
| TIMOTHY JERMAINE PATE | ) | |
| a/k/a "AKENATEN ALI" | ) | |

**VERDICT FORM**

**1. Count One**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count One of the Superseding Indictment.

**2. Count Two**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Two of the Superseding Indictment.

**3. Count Three**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Three of the Superseding Indictment.

4. **Count Four**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Four of the Superseding Indictment.

5. **Count Five**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Five of the Superseding Indictment.

6. **Count Six**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Six of the Superseding Indictment.

7. **Count Seven**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Seven of the Superseding Indictment.

8. **Count Eight**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Eight of the Superseding Indictment.

**9. Count Nine**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Nine of the Superseding Indictment.

**10. Count Ten**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Ten of the Superseding Indictment.

**11. Count Eleven**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Eleven of the Superseding Indictment.

Note: If you find the Defendant not guilty as charged in Count Eleven, you need not consider paragraph 11a. However, if you find the Defendant guilty as charged in Count Eleven, you must proceed to paragraph 11a below.

**11a.** We, the Jury, find the Defendant made the following false statement or declaration (place a check mark next to the statement(s) you find was false):

☑ Debtor J.A.K. owed Defendant $33,000,000

☑ Such debt was not the subject of a bona fide dispute as to liability or amount

**12. Count Twelve**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Twelve of the Superseding Indictment.

Note: If you find the Defendant not guilty as charged in Count Twelve, you need not consider paragraph 12a. However, if you find the Defendant guilty as charged in Count Twelve, you must proceed to paragraph 12a below.

**12a.** We, the Jury, find the Defendant made the following false statement or declaration (place a check mark next to the statement(s) you find was false):

☑ Debtor J.J.L. owed Defendant $15,000,000

☑ Such debt was not the subject of a bona fide dispute as to liability or amount

**13. Count Thirteen**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Thirteen of the Superseding Indictment.

Note: If you find the Defendant not guilty as charged in Count Thirteen, you need not consider paragraph 13a. However, if you find the Defendant guilty as charged in Count Thirteen, you must proceed to paragraph 13a below.

**13a.** We, the Jury, find the Defendant made the following false statement or declaration (place a check mark next to the statement(s) you find was false):

☑ Debtor B.K.E. owed Defendant $15,000,000

☑ Such debt was not the subject of a bona fide dispute as to liability or amount

14. **Count Fourteen**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Fourteen of the Superseding Indictment.

Note: If you find the Defendant not guilty as charged in Count Fourteen, you need not consider paragraph 14a. However, if you find the Defendant guilty as charged in Count Fourteen, you must proceed to paragraph 14a below.

**14a**. We, the Jury, find the Defendant made the following false statement or declaration (place a check mark next to the statement(s) you find was false):

☑ Debtor D.D.D. owed Defendant $15,000,000

☑ Such debt was not the subject of a bona fide dispute as to liability or amount

15. **Count Fifteen**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Fifteen of the Superseding Indictment.

Note: If you find the Defendant not guilty as charged in Count Fifteen, you need not consider paragraph 15a. However, if you find the Defendant guilty as charged in Count Fifteen, you must proceed to paragraph 15a below.

**15a**. We, the Jury, find the Defendant made the following false statement or declaration (place a check mark next to the statement(s) you find was false):

☑ Debtor E.M.T. owed Defendant $15,000,000

☑ Such debt was not the subject of a bona fide dispute as to liability or amount

16. **Count Sixteen**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Sixteen of the Superseding Indictment.

17. **Count Seventeen**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Seventeen of the Superseding Indictment.

18. **Count Eighteen**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Eighteen of the Superseding Indictment.

19. **Count Nineteen**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Nineteen of the Superseding Indictment.

20. **Count Twenty**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Twenty of the Superseding Indictment.

21. **Count Twenty-One**

We, the Jury, find the Defendant

☒Guilty ☐Not Guilty

of Count Twenty-One of the Superseding Indictment.

So say we all this 17 day of October, 2019.

[redacted]

Foreperson